200 So. 793

### C. B. ADAIR v. STATE.

6 Div. 830.

Supreme Court of Alabama.

March 6, 1941.

Rehearing Denied March 20, 1941.

DeGraffenried & McDuffie, of Tuscaloosa, for the motion.

Thos. S. Lawson, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., opposed.

BROWN, Justice.

Petition for writ of certiorari to review the opinion of the Court of Appeals affirming, on his appeal to that court, a judgment of the Circuit Court of Tuscaloosa County, convicting him of violation of the prohibition law. 200 So. 791.

We find no erroneous statement of the law in the opinion of the Court of Appeals, and the writ will be denied.

Writ of Certiorari denied.

GARDNER, C. J., and THOMAS and FOSTER, JJ., concur.